IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES J. MALLINCKRODT, SR., | CASE NO. 5:12-cv-03811 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant(s). | |

Petitioner's document filed August 7, 2012, has been construed as a request for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). See Docket Item No. 6. As so construed, the request is GRANTED. This action is DISMISSED WITHOUT PREJUDICE. The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: June 20, 2013

EDWARD J. DAVILA
United States District Judge